UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-8034-WM

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA
FOR A CRIMINAL COMPLAINT

_____/

FILED BY ____KJZ____ D.C.

Feb 2, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## ORDER TO SEAL

This cause came before this Court on the Government's Motion to Seal. The Court being fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Government's Motion is hereby granted, and the Clerk of the Court shall seal the Complaint, Application, Affidavit, along with the attachments for a period of 12 months or until the arrest of the first defendant, whichever occurs first.

DONE AND ORDERED at West Palm Beach, Florida, this __2nd__ day of February 2021.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

cc: AUSA Marton Gyires