UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-8034-WM

IN RE:
CRIMINAL COMPLAINT
_____/

FILED BY KJZ D.C.
Feb 4, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## MOTION TO UNSEAL COMPLAINT

The United States of America, by and through the undersigned Assistant United States Attorney, hereby requests this Honorable Court to unseal the Complaint in the above-captioned case as one or more defendants have been arrested.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: /s/ Marton Gyires
Marton Gyires
Assistant United States Attorney
Court ID No.: A5501696
500 South Australian Avenue, 4th Floor
West Palm Beach, FL 33401
Tel.: (561) 820-8711
Email: Marton.Gyires@usdoj.gov