

FILED by ___JA___ D.C.

Feb 18, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 21-80026-CR-CANNON/BRANNON
Case No. _____

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

ALIREZA HENDIJANI,
DIEGO NAVARRO,
JOSE ESQUER,
TYLER ROMAN,
EMILIO SANTIAGO,
JOSHUA GRAUER,
ANDREW RUELAS,
    and
MANUEL TOPETE,

                Defendants.
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

In or around February 2019, the exact date being unknown to the Grand Jury, through on or about February 4, 2021, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

ALIREZA HENDIJANI,
DIEGO NAVARRO,
JOSE ESQUER,
TYLER ROMAN,
EMILIO SANTIAGO,
JOSHUA GRAUER,
ANDREW RUELAS,
    and
MANUEL TOPETE,

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other

persons known and unknown to the Grand Jury, to possess with intent to distribute, and distribute, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

It is further alleged that as to the defendant, **ALIREZA HENDIJANI**, the controlled substance involved in the conspiracy attributable to the defendant as a result of that defendant's own conduct, and the conduct of other conspirators reasonably foreseeable to said defendant, is: (1) 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(A)(vi); and (2) 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(A)(i).

It is further alleged that as to the defendants, **DIEGO NAVARRO, JOSE ESQUER, EMILIO SANTIAGO, ANDREW RUELAS, and MANUEL TOPETE**, the controlled substance involved in the conspiracy attributable to each defendant as a result of each defendant's own conduct, and the conduct of other conspirators reasonably foreseeable to each defendant, is 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(A)(vi).

It is further alleged that as to the defendant, **TYLER ROMAN**, the controlled substance involved in the conspiracy attributable to the defendant as a result of that defendant's own conduct, and the conduct of other conspirators reasonably foreseeable to said defendant, is: (1) 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(A)(vi); and (2) 100 grams or more of a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(B)(i).

It is further alleged that as to the defendant, **JOSHUA GRAUER**, the controlled substance involved in the conspiracy attributable to the defendant as a result of that defendant's own conduct,

2

and the conduct of other conspirators reasonably foreseeable to said defendant, is 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(A)(i).

## COUNT 2

On or about May 1, 2019, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**ALIREZA HENDIJANI,**
**and**
**JOSHUA GRAUER,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(i), it is further alleged that this violation involved 1 kilogram or more of a mixture and substance containing a detectable amount of heroin.

## COUNT 3

On or about March 26, 2020, in Palm Beach County, in the Southern District of Florida, the defendants,

**DIEGO NAVARRO,**
**JOSE ESQUER,**
**EMILIO SANTIAGO,**
**ANDREW RUELAS,**
**and**
**MANUEL TOPETE,**

did knowingly and intentionally possess with intent to distribute, and distribute, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(vi), it is further alleged that this violation involved 400 grams or more of a mixture and substance containing a detectable amount of

fentanyl.

## COUNT 4

On or about September 13, 2020, through on or about September 21, 2020, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**ALIREZA HENDIJANI,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(vi), it is further alleged that this violation involved 400 grams or more of a mixture and substance containing a detectable amount of fentanyl.

## COUNT 5

On or about September 30, 2020, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**ALIREZA HENDIJANI,
and
EMILIO SANTIAGO,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(vi), it is further alleged that this violation involved 400 grams or more of a mixture and substance containing a detectable amount of fentanyl.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of certain property in which any of the defendants, **ALIREZA HENDIJANI, DIEGO NAVARRO, JOSE**

ESQUER, TYLER ROMAN, EMILIO SANTIAGO, JOSHUA GRAUER, ANDREW RUELAS, and **MANUEL TOPETE**, has an interest.

2. Upon the conviction of any violation of Title 21, United States Code, Sections 846 or 841(a)(1) as alleged in this Indictment, each of the defendants shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation, pursuant to Title 21, United States Code, Section 853.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
MARTON GYIRES
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ALIREZA HENDIJANI, et al.

_____Defendants._____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

| | | |
|---|---|---|
| New defendant(s) | Yes _____ | No ✓ |
| Number of new defendants | | |
| Total number of counts | | |

**Court Division:** (Select One)
- ___ Miami
- ___ FTL
- ___ Key West
- ✓ WPB
- ___ FTP

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect _____

4. This case will take __12__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   | | | |
   |---|---|---|
   | I | 0 to 5 days | _____ |
   | II | 6 to 10 days | _____ |
   | III | 11 to 20 days | ✓ |
   | IV | 21 to 60 days | _____ |
   | V | 61 days and over | _____ |

   (Check only one)
   | | |
   |---|---|
   | Petty | _____ |
   | Minor | _____ |
   | Misdem. | _____ |
   | Felony | ✓ |

6. Has this case previously been filed in this District Court? (Yes or No) No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) Yes
   If yes: Magistrate Case No. 21-mj-8034-WM
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of 2/4/21 (Hendijani, Grauer, Esquer, Navarro, Topete)
   Defendant(s) in state custody as of 9/30/21 (Santiago)
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? Yes _____ No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? Yes _____ No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? Yes ✓ No _____

_/s/ Marton Gyires_
MARTON GYIRES
ASSISTANT UNITED STATES ATTORNEY

*Penalty Sheet(s) attached

REV 6/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

CASE NO.

**Defendant's Name:** ALIREZA HENDIJANI

| COUNT | VIOLATION | U.S. CODE | PENALTY |
|---|---|---|---|
| 1 | Conspiracy to possess with intent to distribute, and distribute, 400 grams or more of fentanyl and 1 kilogram or more of heroin | 21 U.S.C. §§ 846, 841(b)(1)(A)(vi), and 841(b)(1)(A)(i) | Up to life imprisonment; Minimum of 10 years' imprisonment; Up to $10,000,000 fine; Supervised release of at least 5 years and up to life; $100 Special Assessment |
| 2 | Possession with intent to distribute 1 kilogram or more of heroin | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(i) | Up to life imprisonment; Minimum of 10 years' imprisonment; Up to $10,000,000 fine; Supervised release of at least 5 years and up to life; $100 Special Assessment |
| 4 | Distribution of 400 grams or more of fentanyl | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vi) | Up to life imprisonment; Minimum of 10 years' imprisonment; Up to $10,000,000 fine; Supervised release of at least 5 years and up to life; $100 Special Assessment |
| 5 | Possession with intent to distribute 400 grams or more of fentanyl | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vi) | Up to life imprisonment; Minimum of 10 years' imprisonment; Up to $10,000,000 fine; Supervised release of at least 5 years and up to life; $100 Special Assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

CASE NO.

Defendant's Name: DIEGO NAVARRO

| COUNT | VIOLATION | U.S. CODE | PENALTY |
|---|---|---|---|
| 1 | Conspiracy to possess with intent to distribute, and distribute, 400 grams or more of fentanyl | 21 U.S.C. §§ 846 and 841(b)(1)(A)(vi) | Up to life imprisonment; Minimum of 10 years' imprisonment; Up to $10,000,000 fine; Supervised release of at least 5 years and up to life; $100 Special Assessment |
| 3 | Possession with intent to distribute, and distribution of, 400 grams or more of fentanyl | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vi) | Up to life imprisonment; Minimum of 10 years' imprisonment; Up to $10,000,000 fine; Supervised release of at least 5 years and up to life; $100 Special Assessment |
|  |  |  |  |
|  |  |  |  |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

CASE NO.

Defendant's Name: JOSE ESQUER

| COUNT | VIOLATION | U.S. CODE | PENALTY |
|---|---|---|---|
| 1 | Conspiracy to possess with intent to distribute, and distribute, 400 grams or more of fentanyl | 21 U.S.C. §§ 846 and 841(b)(1)(A)(vi) | Up to life imprisonment; Minimum of 10 years' imprisonment; Up to $10,000,000 fine; Supervised release of at least 5 years and up to life; $100 Special Assessment |
| 3 | Possession with intent to distribute, and distribution of, 400 grams or more of fentanyl | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vi) | Up to life imprisonment; Minimum of 10 years' imprisonment; Up to $10,000,000 fine; Supervised release of at least 5 years and up to life; $100 Special Assessment |
|  |  |  |  |
|  |  |  |  |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

CASE NO.

Defendant's Name: TYLER ROMAN

| COUNT | VIOLATION | U.S. CODE | PENALTY |
|---|---|---|---|
| 1 | Conspiracy to possess with intent to distribute, and distribute, 400 grams or more of fentanyl and 100 grams or more of heroin | 21 U.S.C. §§ 846, 841(b)(1)(A)(vi), and 841(b)(1)(B)(i). | Up to life imprisonment; Minimum of 10 years' imprisonment; Up to $10,000,000 fine; Supervised release of at least 5 years and up to life; $100 Special Assessment |
| | | | |
| | | | |
| | | | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

CASE NO.

**Defendant's Name:** EMILIO SANTIAGO

| COUNT | VIOLATION | U.S. CODE | PENALTY |
|---|---|---|---|
| 1 | Conspiracy to possess with intent to distribute, and distribute, 400 grams or more of fentanyl | 21 U.S.C. §§ 846 and 841(b)(1)(A)(vi) | Up to life imprisonment; Minimum of 10 years' imprisonment; Up to $10,000,000 fine; Supervised release of at least 5 years and up to life; $100 Special Assessment |
| 3 | Possession with intent to distribute, and distribution of, 400 grams or more of fentanyl | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vi) | Up to life imprisonment; Minimum of 10 years' imprisonment; Up to $10,000,000 fine; Supervised release of at least 5 years and up to life; $100 Special Assessment |
| 5 | Possession with intent to distribute 400 grams or more of fentanyl | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vi) | Up to life imprisonment; Minimum of 10 years' imprisonment; Up to $10,000,000 fine; Supervised release of at least 5 years and up to life; $100 Special Assessment |
|  |  |  |  |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

CASE NO.

**Defendant's Name:** JOSHUA GRAUER

| COUNT | VIOLATION | U.S. CODE | PENALTY |
|---|---|---|---|
| 1 | Conspiracy to possess with intent to distribute, and distribute, 1 kilogram or more of heroin | 21 U.S.C. §§ 846 and 841(b)(1)(B)(i) | Up to life imprisonment; Minimum of 10 years' imprisonment; Up to $10,000,000 fine; Supervised release of at least 5 years and up to life; $100 Special Assessment |
| 2 | Possession with intent to distribute 1 kilogram or more of heroin | 21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(i) | Up to life imprisonment; Minimum of 10 years' imprisonment; Up to $10,000,000 fine; Supervised release of at least 5 years and up to life; $100 Special Assessment |
|  |  |  |  |
|  |  |  |  |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

CASE NO.

**Defendant's Name:**     ANDREW RUELAS

| COUNT | VIOLATION | U.S. CODE | PENALTY |
|---|---|---|---|
| 1 | Conspiracy to possess with intent to distribute, and distribute, 400 grams or more of fentanyl | 21 U.S.C. §§ 846, and 841(b)(1)(A)(vi) | Up to life imprisonment; Minimum of 10 years' imprisonment; Up to $10,000,000 fine; Supervised release of at least 5 years and up to life; $100 Special Assessment |
| 3 | Possession with intent to distribute, and distribution of, 400 grams or more of fentanyl | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vi) | Up to life imprisonment; Minimum of 10 years' imprisonment; Up to $10,000,000 fine; Supervised release of at least 5 years and up to life; $100 Special Assessment |
|  |  |  |  |
|  |  |  |  |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

CASE NO.

**Defendant's Name:** MANUEL TOPETE

| COUNT | VIOLATION | U.S. CODE | PENALTY |
|---|---|---|---|
| 1 | Conspiracy to possess with intent to distribute, and distribute, 400 grams or more of fentanyl | 21 U.S.C. §§ 846, and 841(b)(1)(A)(vi) | Up to life imprisonment; Minimum of 10 years' imprisonment; Up to $10,000,000 fine; Supervised release of at least 5 years and up to life; $100 Special Assessment |
| 3 | Possession with intent to distribute, and distribution of, 400 grams or more of fentanyl | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vi) | Up to life imprisonment; Minimum of 10 years' imprisonment; Up to $10,000,000 fine; Supervised release of at least 5 years and up to life; $100 Special Assessment |
| | | | |
| | | | |