UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:21-CR-80026-AMC

UNITED STATES OF AMERICA,

   -V-

TYLER ROMAN,

   Defendant.

**NOTICE OF UNAVAILABILITY**

Aaron M. Cohen, Esq. of AARON M. COHEN, P.A. hereby gives notice of his unavailability for the following dates: **JULY 5TH, 2021 TO AUGUST 6TH, 2021.** It is requested that no depositions, hearings and/or trials be set during this time period, and if they are that the same be stricken.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 28th day of February 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

                                                             Respectfully submitted,

                                                             **AARON M. COHEN, P.A**.
                                                             *Attorneys for the Defendant*
                                                             110 Via D'Este, #303
                                                            Delray Beach, Florida 33445
                                                            Telephone: (561) 542-5494
                                                            Service: amc@aaronmcohenpa.com

                                                            By: /s/ Aaron M. Cohen
                                                           AARON M. COHEN, ESQUIRE
                                                           Florida Bar No.: 541427

**SERVICE LIST:**

Marton Gyires, Assistant US Attorney
Counsel for United States of America
Marton.Gyires@usdoj.gov
500 South Australian Avenue, 4th Floor
West Palm Beach, FL 33401
T: (954) 600-5792