UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-80026-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,
v.

TYLER ROMAN,

    Defendant.
_____/

## ORDER STRIKING NOTICE OF UNAVAILABILITY

THIS CAUSE came before the Court on Defendant's Notice of Unavailability [ECF No. 53]. Neither the Local Rules nor the Federal Rules of Civil Procedure authorize a Notice of Unavailability, and the Court is unwilling to undertake the responsibility of keeping track of the whereabouts of parties or their counsel in every case before it. If a party wishes to move a hearing, trial, or other deadline set by the Court, an appropriate motion must be filed. A blanket motion for continuance or extension of time and/or for protective order that does not refer to a specific deadline, hearing or a trial date is also inappropriate. Therefore, it is hereby

**ORDERED AND ADJUDGED** that the Notice of Unavailability **[ECF No. 53]** is **STRICKEN**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 2nd day of March 2021.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record