UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-CR-80026-AMC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TYLER ROMAN, etc., et.al.,

    Defendant.

_____/

## UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT

Defendant, by and through his Undersigned counsel, files this **UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT**:

1) Arraignment is currently scheduled before this Court on March 3rd, 2021 at 10:00 a.m.

2) Defendant was taken into Custody and only transferred to the Palm Beach County Jails today. Arrangements could not be made for the Defendant to appear via zoom tomorrow due to being put in Quarantine.

3) The Government, AUSA Marton Gyires has no objection to the instant motion and further agrees to same.

4) Said request is not made for purposes of delay.

5) Undersigned respectfully requests that the Arraignment be reset for March 5th, 2021 at 10:00 a.m.

DATED March 2nd, 2021.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading has been filed with the Clerk of Court on the 2nd day of March 2021 through the Florida e-Portal Filing System and has been served electronically to all counsel of record through the System.

Respectfully submitted,

**AARON M. COHEN, P.A**.
*Attorney for the Defendant*
110 Via D'Este, #303
Delray Beach, Florida 33445
Telephone: (561) 542-5494
Service: amc@aaronmcohenpa.com

By: /s/ Aaron M. Cohen
AARON M. COHEN, ESQUIRE
Florida Bar No.: 541427