UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80026-CR-CANNON

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**ALIREZA HENDIJANI,
TYLER ROMAN,
EMILIO SANTIAGO,
JOSHUA GRAUER,
MANUEL TOPETE,**

    Defendants.
_____/

## ORDER CONTINUING TRIAL

**THIS CAUSE** comes before the Court *sua sponte*. Given the ongoing public health crisis caused by COVID-19 and the corresponding entry of Administrative Order 2020-76 ("Ninth Order Concerning Jury Trials and Other Proceedings"), which continued all jury trials in the Southern District of Florida set to begin on or after March 30, 2020, until July 6, 2021, it is

**ORDERED AND ADJUDGED** that the Court finds, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the ends of justice served by the extended trial date set forth herein outweigh the best interests of the parties and the public in a speedy trial, given the need to protect the health and safety of Defendants, their counsel, prosecutors, court staff, and the public by reducing the number of in-person hearings to the fullest extent possible, and due to the inability of the Court to ensure the availability of a fair cross-section of jurors absent a continuance.

CASE NO. 21-80026-CR-CANNON

Accordingly, the period of delay resulting from the trial date set forth herein—from the date of this order, April 22, 2021, through the start of trial—shall be considered excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161. This case is hereby set for a **Criminal Jury Trial** at Alto Lee Adams, Sr. United States Courthouse, 101 South U.S. Highway 1, Courtroom 4008, Fort Pierce, Florida 34950, during the two-week period commencing **Monday, August 16, 2021**, or as soon thereafter as the case may be called. A **Calendar Call** will be held at **1:45 p.m. on Tuesday, August 10, 2021** at the same location. **Consistent with the Court's prior Orders granting individual requests for extensions of the pre-trial motions deadline [ECF No. 69 and 70], the deadline for all defendants to file pre-trial motions and/or motions *in limine* is May 10, 2021**. Each party is limited to filing one motion *in limine*; if there is more than one Defendant, Defendants shall file a combined motion. Motions *in limine* may not, without leave of the Court, exceed the page limits allowed by the Rules, and they must state with particularity the evidence at issue and the legal and factual basis relevant to disposition of the motion. **All other instructions in the Court's Order Setting Trial remain in effect [ECF No. 63]**.

**DONE AND ORDERED** in Fort Pierce, Florida, this 22nd day of April 2021.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record