UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80026-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**TYLER ROMAN**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 161]. On October 1, 2021, Magistrate Judge Reinhart held a Change of Plea hearing during which Defendant pled guilty to Count One of the Indictment [ECF No. 44] pursuant to a written plea agreement and factual proffer [ECF No. 148]. Magistrate Judge Reinhart thereafter issued a Report and Recommendation on Change of Plea [ECF No. 161]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 161] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Tyler Roman as to Count One of the Indictment is **ACCEPTED**;

3. Defendant Tyler Roman is adjudicated guilty of Count One of the Indictment, which charges him with conspiracy to possess with intent to distribute 400 grams or more of

CASE NO. 21-80026-CR-CANNON

fentanyl and 100 grams or more of heroin, in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A)(vi) and 841(b)(1)(B)(i).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 1st day of November 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record