UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-80026-AMC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TYLER ROMAN, etc., et.al.,

    Defendant.

_____/

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

Defendant, by and through his Undersigned counsel, files this **UNOPPOSED MOTION TO CONTINUE SENTENCING AND STATES AS FOLLOWS**:

1) Sentencing is the instant is currently scheduled before this Court on December 10th, 2021 @ 11:00 a.m.

2) Undersigned and the Government, by and through Marton Gyires are engaged in continued discussion regarding the defendant's credit for cooperation, further, its is agreed between the parties this Defendant's sentencing should be conducted after all other co-defendants sentences are complete.

3) Further, there is a separate indictment USA adv. Joel Barrett, in which the instant defendant has provided cooperation. This matter is set for a Change of Plea for December 7th, 2021, before Judge Robin L. Rosenberg. The parties would request the sentencing in this matter likewise be set for after sentencing in the Barrett Matter.

4) The Government has no objection to the instant motion and further agrees to same.

5) Said request is not made for purposes of delay.

6) No prejudice will be incurred by any of the parties.

7) Undersigned respectfully requests the Sentencing be set for a date after all other codefendants with active cases are resolved along with the defendant in USA adv. Barrett.

DATED: November 1st 2021

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 1st day of November 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

Respectfully submitted,

**AARON M. COHEN, P.A**.
*Attorneys for the Defendant*
110 Via D'Este, #303
Delray Beach, Florida 33445
Telephone: (561) 542-5494
Service: amc@aaronmcohenpa.com

By: /s/ Aaron M. Cohen
AARON M. COHEN, ESQUIRE
Florida Bar No.: 541427