UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80026-CR-CANNON

**UNITED STATES OF AMERICA,**

        Plaintiff,

**v.**

**TYLER ROMAN,**

        Defendant.

_____/

**ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO CONTINUE SENTENCING**

THIS MATTER comes before the Court upon Defendant's Unopposed Motion to Continue Sentencing [ECF No. 184]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant's sentencing hearing is hereby reset for 11:00 a.m. on Monday March 21, 2022. **No further motions to extend the sentencing date will be granted.**

**DONE AND ORDERED** at Fort Pierce, Florida, this 3rd day of November 2021.

*[signature]*

**AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record