**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No: 9:21-cr-80026-AMC-4

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

TYLER ROMAN, etc., et.al.,

       Defendant.

_____/

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

**NOW COMES** Defendant Roman, through his undersigned counsel, states:

1) This Court set a sentencing hearing for March 21st, 2022, at 11:00 a.m.  However, for the reasons set forth below, Defendant Roman respectfully requests the Court continue it for at least ninety (90) days.

2) The parties are aware of the court's last order granting a continuance in which it stated "No further motions to extend the sentencing date will be granted"

3) The main reason, counsel for the Defendant and the Government, by and through Marton Gyires, Esq. are engaged in continued discussion regarding the defendant's credit for cooperation, further, it is agreed between the parties this Defendant's sentencing should be conducted after all defendant(s) related to the defendant's full cooperation have pleaded guilty and been sentenced.

4) There is a separate indictment, USA adv. Joel Barrett, 9:21-cr-80060-RLR, in which the

instant defendant has provided substantial assistance and cooperation. That matter is set for a Change of Plea for March 28th, 2022, before Judge Bruce E. Reinhart. The change of plea in that case has been delayed several times in order to allow for a competency evaluation of the defendant. It appears from the docket in that case that the evaluation is not yet complete, so the March 28 change of plea is not guaranteed to take place on that day. The parties would request the sentencing in this matter be set for a date after the plea and sentencing in USA adv. Barrett to provide the government to the opportunity to fully evaluate their anticipated (5)(k)(1) Motion.

5) The Government has no objection to the instant motion.

6) Said request is not made for purposes of delay.

7) No prejudice will be incurred by any of the parties.

**WHEREFORE**, Defendant Barrett prays this Court will grant his *Unopposed Motion to Continue Sentencing Hearing* Undersigned respectfully requests the Sentencing be set for a date after Mr. Barrett's sentencing, or at least after his change of plea.

DATED: February 10, 2022

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10TH day of February 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

Respectfully submitted,

**AARON M. COHEN, P.A**.
*Attorneys for the Defendant*
110 Via D'Este, #303
Delray Beach, Florida 33445
Telephone:     (561) 542-5494
Facsimile:      (561) 431.8162
Service: amc@aaronmcohenpa.com

By: /s/ Aaron M. Cohen
AARON M. COHEN, ESQUIRE
Florida Bar No.: 541427