## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No: 9:21-cr-80026-AMC-4

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TYLER ROMAN, etc., et.al.,

    Defendant.

_____/

## **UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

**NOW COMES** Defendant Roman, through his undersigned counsel, states:

1) This Court set a sentencing hearing for March 21st, 2022, at 11:00 a.m.

2) On or about March 16, 2022, in the later afternoon undersigned counsel received an electronic notice of a sentencing reset for March 28th, 2022, at 8:15 a.m. in Fort Pierce Division.

3) Counsel has a previously scheduled trip out of state (New York State) purchased on or about February 10th, 2022 (JetBlue Airlines) from Friday, March 25th, 2022, until Monday March 28th, 2022.

4) For the reasons set forth below, Defendant Roman respectfully requests the Court continue sentencing for a date convenient with the court.

5) The Government has no objection to the instant motion.

6) Said request is not made for purposes of delay.

7) No prejudice will be incurred by any of the parties.

**WHEREFORE**, Defendant prays this Court will grant his *Unopposed Motion to Continue Sentencing Hearing* and respectfully requests the Sentencing be set for a date convenient with the court along with any and all other relief deemed just and proper.

DATED: March 17th, 2022

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 17th day of March 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

Respectfully submitted,

**AARON M. COHEN, P.A.**
*Attorneys for the Defendant*
110 Via D'Este, #303
Delray Beach, Florida 33445
Telephone:     (561) 542-5494
Facsimile:       (561) 431.8162
Service: amc@aaronmcohenpa.com

By: /s/ Aaron M. Cohen
AARON M. COHEN, ESQUIRE
Florida Bar No.: 541427