UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80026-CR-CANNON

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**TYLER ROMAN,**

       Defendant.
_____/

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

**THIS MATTER** comes before the Court upon Defense Counsel's Unopposed Motion to Continue Sentencing [ECF No. 229]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant's sentencing hearing is hereby reset for 10:00 a.m. on Thursday, March 31, 2022.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 21st day of March 2022.

                                                          AILEEN M. CANNON
                                                          UNITED STATES DISTRICT JUDGE

cc:    counsel of record