UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:21-cr-80026-AMC-4

UNITED STATES OF AMERICA
    Plaintiff,

vs

TYLER ROMAN
    Defendant
        /

FILED BY _____ D.C.
MAR 31 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA - FT. PIERCE

## MOTION FOR DISBURSEMENT OF BOND

Comes now the undersigned and respectfully states to this Honorable Court that the above named defendant has complied with all conditions of the appearance bond in this case, and it is therefore requested that the defendant's case bail heretofore posted by Brigid Barrett/(assignment attached) in the amount of $25,000.00 plus any accrued interest be refunded to:

LAW OFFICES OF AARON M. COHEN, IOLTA

(Name of Payee. Do NOT include a Mailing address. A notarized assignment is requested if the payee is different from the person posting bond.)

(The above payee must complete an Internal Revenue Service Form W-9 or if the payee is a nonresident alien individual, they must complete a Form W-8, either of which may be obtained from the Clerk's Office Financial section or internet. The completed form should be provided to the Financial Section, but not filed in the Court file. Checks will be mailed to the address indicated on the completed form, unless directed in writing otherwise.)

AARON M. COHEN
(Petitioner or Attorney)

Consented to by: _____
Assistant U.S. Attorney

MARTON GYIRES
PRINT NAME- Assistant U.S. Attorney

## ORDER

In consideration of the forgoing motion, it is thereupon

ORDERED that the Clerk of this Court forthwith make the above-mentioned disbursement.

DONE AND ORDERED at Fort Pierce, Florida, this 31 day of March, 2022.

UNITED STATES DISTRICT JUDGE

c:    U.S. Attorney
    Petitioner/Counsel of Record
    Financial Deputy Clerk (w/original W-8 or W-9)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )
        Plaintiff, )
         ) Case No. 9:21-cr-80026-AMC-4
         )
vs )
         ) **ASSIGNMENT OF BAIL BOND**
         )
        Defendant. )
TYLER ROMAN                            / )

    I, BRIGID BARRETT, Cash Bond Depositor in the above numbered
(Complete name as appeared on original bond)
and styled cause, do hereby assign, transfer and authorize my case bond refund in the amount of
TWENTY FIVE THOUSAND plus accrued interest to be made payable to
AARON M. COHEN, IOLTA whose mailing address is
(Complete name of assignee)
110 VIA D'ESTE, 303, DELRAY BEACH, FLORIDA 33445
(Street Address, City, State, and Zip)
upon final disposition of the above numbered and styled cause.

The undersigned Cash Bond Depositor understands that once this document is signed, all rights, claims, and interest of ownership are immediately transferred to the above assignee.

(The above assignee must complete an Internal Revenue Service Form W-9 or if the assignee is a nonresident alien individual, the assignee must complete a Form W-8, either of which may be obtained from the Clerk's Office Financial Section or Internet. The completed W-8 or W-9 form should be provided to the Financial Section, but not filed in the Court file. Upon final disposition of the above numbered and styled cause, a Motion for Disbursement of Bond, along with a signed copy of this form must be filed with the Court. A check will be mailed to the address indicated on the completed form, unless directed in writing otherwise.)

*/s/ Brigid Barrett*
(Signature of Cash Bond Depositor)

MARCH 10TH, 2022
(Date)

    The foregoing instrument was acknowledged before me this 10th day of March, 2022, by BRIGID BARRETT (Complete name as appeared on original bond), who personally appeared before me and who is personally known to me or has produced _____ as identification.

NOTARY PUBLIC: /s/ Aaron M. Cohen
Print Name: AARON M. COHEN
My Commission Expires: March 11, 2024

[Notary Seal: AARON M COHEN, Notary Public-State of Florida, Commission # GG 968365, My Commission Expires March 11, 2024]

| Form **W-9**<br>(Rev. November 2017)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification**<br>▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | Give Form to the requester. Do not send to the IRS. |
|---|---|---|

**See Specific Instructions on page 3. Print or type.**

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

**2** Business name/disregarded entity name, if different from above
LAW OFFICES OF AARON M. COHEN, PA.

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☒ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ **S**

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):
Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____
*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.
110 VIA D'ESTE, 303

**6** City, state, and ZIP code
DELRAY BEACH, FL 33445

Requester's name and address (optional)

**7** List account number(s) here (optional)

### Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number: ___ — ___ — ___

or

Employer identification number: **85 — 0580937**

### Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**   Signature of U.S. person ▶ *[signature]*   Date ▶ 3/10/22

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X   Form **W-9** (Rev. 11-2017)