```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                        FORT PIERCE DIVISION

                    CASE NO. 21-CR-80026-CANNON


UNITED STATES OF AMERICA,

              Plaintiff,                       MARCH 31, 2022
        vs.
                                             FORT PIERCE, FLORIDA
TYLER ROMAN,
              Defendant.                       PAGES 1 - 20
_____/


                   TRANSCRIPT OF SENTENCING HEARING

              BEFORE THE HONORABLE AILEEN M. CANNON

                    UNITED STATES DISTRICT JUDGE



APPEARANCES:

FOR THE GOVERNMENT:    MARTIN GYIRES, AUSA
                       Office of U.S. Attorney
                       400 Australian Avenue
                       West Palm Beach, Florida  33401


FOR THE DEFENDANT:     AARON M. COHEN, ESQ.
                       Aaron M. Cohen, P.A.
                       110 Vista D. Este, Suite 303
                       Delray Beach, Florida  33445




                       Official Court Reporter
                       Unites States District Court
                       772-467-2337
                       diane_miller@flsd.uscourts.gov
```

```
 1                     P-R-O-C-E-E-D-I-N-G-S
 2            THE COURT:  You may be seated, good morning.
 3            THE COURTROOM DEPUTY:  Calling case number
 4   21-CR-80026-Cannon, USA versus Tyler Roman.  Will the parties
 5   enter your appearance beginning with the Government, please.
 6            MR. GYIRES:  Good morning, Your Honor, Marton Gyires
 7   for the United States, and I have FBI Agent Gregory Hoffman,
 8   H-O-F-F-M-A-N, to my right, and Abe Aryes, A-R-Y-E-S, with DEA.
 9            THE COURT:  Good afternoon.
10            MR. COHEN:  Good morning.
11            THE COURT:  Not afternoon, good morning.
12            MR. COHEN:  Good morning, Your Honor, Attorney Aaron
13   Cohen for the Defendant, Tyler Roman this morning.
14            THE COURT:  Good morning, Mr. Cohen, and good
15   morning, Mr. Roman.
16            Who is here for probation?
17            PROBATION OFFICER:  Good morning, Your Honor, Frances
18   Weisberg on behalf of U.S. Probation.
19            THE COURT:  All right.  We are here for a sentencing
20   hearing, as you know.
21            Mr. Roman, do I pronounce your name Romon or Roman?
22            THE DEFENDANT:  Roman.
23            THE COURT:  As you know, sir, the purpose of today's
24   hearing is to arrive at a sentence that is reasonable and not
25   greater than necessary to achieve the purposes of sentencing
```

```
 1   set forth in Title 18, United States Code Section 3553(a).
 2           The record reflects that on October the 1st, 2021,
 3   you pled guilty to count one of the indictment before
 4   Magistrate Judge Reinhart pursuant to a written plea agreement
 5   and factual proffer.
 6           This Court thereafter adopted the report and
 7   recommendation on that guilty plea, so you have been
 8   adjudicated guilty of count one of the indictment, which
 9   charges you with conspiracy to possess, with intent to
10   distribute, 400 grams or more of Fentanyl and 100 grams or more
11   of heroin in violation of Title 21, United States Code Section
12   846, 841(a)(1), 841(b)(1)(A) Roman VI, and 841(b)(1)(B).
13           Mr. Gyires, are all of those statutory provisions
14   correct?  I just want to make sure we are all clear in light of
15   a potential typo in the plea agreement.
16           MR. GYIRES:  Yes, Your Honor, it should be
17   841(b(1) -- hold on.
18           Are you reading from the PSR, Your Honor, or --
19           THE COURT:  I was reading from the order adopting the
20   report and recommendation.  The reason why I wanted to just
21   make sure there was no confusion is because the PSR states at
22   paragraph one that the plea agreement contains a scrivener's
23   error and reflects that he pled to a violation of 21 U.S.C.
24   841(b)(1)(B), when, in fact, he pled to a violation of 21
25   U.S.C. 841(b)(1)(A).
```

1                MR. GYIRES:  Yes, Your Honor.
2                Can I confer with Defense Counsel?
3                THE COURT:  Yes.
4                MR. GYIRES:  Yes, it is (b)(1)(A), yes, Your Honor.
5     Paragraph one is correct in that it should be (b)(1)(A), but I
6     don't have the plea agreement in front of me, so --
7                THE COURT:  So (b)(1)(A) is the appropriate
8     provision?
9                MR. GYIRES:  Yes.  In other words, a ten-year
10    mandatory minimum; (b)(1)(B) would be a five-year mandatory
11    minimum.
12               THE COURT:  I'm going to make very clear for the
13    record, to the extent there is any confusion, that order
14    adopting report and recommending that the Defendant pled guilty
15    to a violation of 21 United States Code Section 841(b)(1)(A),
16    and that it is accurately reflected in the PSR.
17               Mr. Roman, have you had enough time to discuss the
18    presentence investigation report with your attorney?
19               THE DEFENDANT:  I have, ma'am.
20               THE COURT:  Do you need any additional time to
21    discuss any matter with your attorney?
22               THE DEFENDANT:  No, Your Honor.
23               THE COURT:  Mr. Cohen, are you aware of any reason to
24    preclude the imposition of sentence today?
25               MR. COHEN:  No, Your Honor.

 1                THE COURT:  Any such reason known to the Government?
 2                MR. GYIRES:  No, Your Honor.
 3                THE COURT:  Okay.
 4                Mr. Cohen, am I correct that there are no objections
 5      to the presentence investigation report, which appears at
 6      docket entry 226?
 7                MR. COHEN:  That's correct, Your Honor.
 8                THE COURT:  All right.  Is that your understanding,
 9      Mr. Gyires?
10                MR. GYIRES:  Yes, Your Honor.
11                THE COURT:  Okay, all right.
12                Well, then seeing as there are no objections to the
13      presentence investigation report, the Court will adopt it in
14      full, including, of course, the calculations contained therein.
15                The PSR sets a total offense level of 27, a criminal
16      history category of six, yielding an advisory guideline range
17      of 130 to 162 months imprisonment and a recommended range of
18      five years supervised release, a fine range of $25,000 through
19      $10,000,000, although no fine is recommend, and a special
20      assessment of $100.
21                Is that correct, Mr. Cohen?
22                MR. COHEN:  Yes, it is, Your Honor.
23                THE COURT:  All right.  The Court will then adopt
24      those calculations and proceed to hear argument on an
25      appropriate sentence.

```
 1              I understand there is some ongoing cooperation in
 2   some other proceedings that are still not finalized.  I did
 3   check the docket in the -- I want to say Barnett matter,
 4   perhaps, if I stated that correctly, and it looks like a change
 5   of plea was rescheduled again, so I'm aware of that component.
 6              But taking matters as they stand today, let me hear
 7   argument from the Government on an appropriate sentence.
 8              MR. GYIRES:  Your Honor, at this point, we are
 9   recommending the low end of the guidelines, 130 months.  There
10   is anticipated -- a Rule 35 is probably going to happen.
11   Obviously, I can never promise to 100 percent degree of
12   certainty, but we are anticipating a Rule 35.
13              The reason we did not file a 5K and ask for credit
14   now, today, is, as Your Honor mentioned, there is the other
15   case, it's Barrett, the last name is Barrett, and in that one
16   the defendant was involved in that case as a cooperator.
17              There is actually a multi-defendant case that is also
18   assigned to Your Honor that's a Washington -- I think it's main
19   justice, but I might be wrong.  It is a fraud case, Daniel
20   Carver, I think, is the lead defendant, and I don't have the
21   case number, but the Defendant is also involved in that case as
22   a cooperator, so that's why we haven't filed a motion now.
23              So our low end recommendation is absent any
24   consideration for the Defendant's cooperation, which was very
25   extensive and is ongoing as a potential witness in these other
```

1  matters.

2       The agents are here next to me just as show of
3  support for the Defendant.  They wanted me to mention that to
4  the Court, that's the only reason they are here, they support
5  whatever leniency the Court is willing to give.

6       THE COURT:  As far as I know, the matter of
7  cooperation will be taken up in the future, most likely, but
8  can you share with the Court your evaluation or assessment of
9  how this case would have proceeded without Mr. Roman's
10 cooperation?

11      MR. GYIRES:  Yes, Your Honor.  So in short, it may
12 not have proceeded at all or certainly not as robustly.  There
13 have been ten defendants who have been charged in just this
14 conspiracy, in this case.  There are eight defendants on this
15 indictment, one is a fugitive, and then there is Mr. Barrett,
16 so there is nine, and there is another sealed indictment where
17 the defendant will probably have to be extradited.

18      This Defendant, Mr. Roman, was approached before
19 anybody was arrested and he agreed to cooperate and was out
20 on -- he was on supervised release, but we notified Judge
21 Dimitrouleas, who is the judge on that case, and we notified
22 him about the fact that we are approaching Mr. Roman, and asked
23 for permission for him to not be brought in on a violation, and
24 the judge agreed and allowed him to remain out for about a
25 year, where the Defendant did numerous meetings with targets,

1   recorded phone calls, recorded meetings, extensive debriefs
2   about the history of the conspiracy.
3          So this case was -- the Defendant, Mr. Roman, was
4   here in the Palm Beach County area, and his role was to help
5   distribute drugs in the Palm Beach County area.  The drugs came
6   originally from Mexico and then into California, where four
7   defendants on this case were charged with being in the
8   California area shipping -- who then shipped drugs throughout
9   the country, including to here.
10          So the Defendant, Mr. Roman, gave a lot of -- he
11   actually did a -- this is all in the PSR, but one of the big
12   things he did was a controlled purchase from the defendant,
13   Henne Johnny (phonetic) -- Codefendant Henne Johnny which
14   allowed us to do an order from the Mexican source, and then the
15   Government purchased those drugs and paid for it as well.
16          And so there is other -- even little things; for
17   example, Mr. Santiago, the codefendant, he had some objections
18   to his presentence investigation report, but then after
19   discussions, explanations that Mr. Roman would testify, he
20   withdrew all of his objections, so even after the charges, the
21   Defendant has been helpful and cooperative.
22          But because of his cooperation, we were able to get
23   recordings of what was going on here, and he was actually put
24   in touch with the Mexican source, who was later charged in the
25   sealed indictment on the WhatsApp, so we have those

1   communications as well.
2           So in Mr. Barrett's case, while he wasn't charged in
3   this conspiracy, he sold Mr. Roman, as a cooperating witness,
4   the Government a Draco firearm, it's like an AK-style weapon,
5   and when he -- when Barrett was arrested, there was actually
6   three other people at the house that were arrested on state
7   charges as well.  I'm not sure what the status is, but that
8   house had drugs in it, and so there were other arrests that
9   happened there.
10          THE COURT:  Okay, thank you.
11          Okay, Mr. Cohen, let me hear from you, please.
12          MR. COHEN:  We are in complete agreement with
13  everything that the Government has said related to the
14  significant and substantial cooperation.
15          THE COURT:  I'm just going to ask that you get a
16  little closer to the microphone for the benefit of our court
17  reporter.
18          Thank you.
19          MR. COHEN:  Sure.
20          Judge, what I would like to just make clear to the
21  Court are discussions that we have had with the Government
22  regarding how the substantial assistance and cooperation is
23  going to be argued.  We deemed it best to let the subsequent
24  motions be all consolidated into one argument.
25          I was going to limit my argument today to not

1    necessarily arguing the substantial assistance and cooperation
2    for a downward departure, based on our comprehensive
3    discussions with the Government, and what we fully expect.  I
4    know, no promises, no guaranties, but when you lead to this
5    type of significant cooperation, we are hopeful that the
6    Government will proceed.
7             THE COURT:  I understand, and I think that's the more
8    appropriate sequence, I just wanted a little bit more context
9    on it, but I do think it would be more efficient to view the
10   cooperation holistically when matters are a bit farther along.
11            MR. COHEN:  Yes, Your Honor.  Again, we are hopeful
12   that that will happen at some time in the future.
13            I'm sure you know that Mr. Roman was sentenced to 27
14   months as a result of the violation of probation.  I don't know
15   if we talked about it, but we were going to ask that any
16   sentence run concurrent with that initial sentence.
17            THE COURT:  I think that's in the PSR.
18            MR. COHEN:  I just wanted to make sure.
19            MR. GYIRES:  Your Honor, there were three other
20   codefendants, who are the local Palm Beach County area
21   Defendants, they actually all met through a halfway house, but
22   they also received concurrent time.
23            THE COURT:  Yes, I do recall that.  Thank you.
24            MR. COHEN:  So, Judge, again, I don't want to use up
25   too much of the Court's time, but that's our position today.

```
 1            We are asking for the low end of that guideline of
 2   130 months today.  My client has worked with the Government and
 3   the agents.  I think he got pulled over on one day and within
 4   48 hours, he was cooperating after he got in touch with me.  So
 5   I know Mr. Roman right away was fully aware of the significant
 6   consequences that he was facing and has really gone far and
 7   above anything that we could have imagined in terms of
 8   cooperation from day one, and that's our position, Judge.
 9            Thank you.
10            THE COURT:  All right.  Mr. Roman, you may make a
11   statement, if you wish, but you are not required to.
12            THE DEFENDANT:  Yes, ma'am, I will.
13            I have led an irresponsible and inconsiderate
14   lifestyle for a long time.  Everything I have chased really
15   didn't mean anything, and it has been repetitive throughout my
16   whole life.  And here in this situation, I realized that I
17   crossed the line of, like, there is no mistakes after this,
18   this is the last one for me.  And I have done everything I can
19   from the beginning, I hope you see that.
20            I realize everything that does matter to me has
21   gradually faded per se, and, you know, I'm here to give myself
22   a second chance, a real second chance.
23            That's it, ma'am.
24            THE COURT:  How old are you, sir?
25            THE DEFENDANT:  I'm 32, ma'am.
```

```
 1              THE COURT:  It's quite sad to me in a way when you
 2    think about the fact that the relationships that you formed at
 3    that halfway house, that's a time when you should be looking
 4    forward to improving your life, and in this case, it led to a
 5    downward path to the same activity.  It is very sad and
 6    regrettable, and I wish it had not happened for you and the
 7    community.
 8              That said, the conduct is very serious, which I think
 9    is undisputed.  The substances are highly dangerous and toxic
10    and this conspiracy was a very significant and serious one in
11    which you were participating for a rather lengthy period of
12    time in an important way.
13              I will accept the parties' recommendation to impose a
14    sentence at the low end of the guideline range, understanding,
15    of course, that cooperation is ongoing.  I'm very mindful of
16    that, and I anticipate an opportunity to fully consider those
17    matters in a complete way when the time is right.
18              So the Court has considered the statements of all
19    parties, the presentence report, which contains the advisory
20    guidelines and the statutory factors as set forth in Title 18,
21    United States Code Section 3553(a).
22              A sentence will be imposed within and at the low end
23    of the advisory guideline range, as this will provide
24    sufficient punishment and deterrence.  It is the finding of the
25    Court that the Defendant is not able to pay a fine.
```

```
 1              The Court finds that the Defendant has been convicted
 2     of a second or subsequent drug possession offense, but will
 3     exercise its discretion and not deny federal benefits.
 4              It is the judgment of the Court that the Defendant,
 5     Tyler Roman, is committed to the Bureau of Prisons to be
 6     imprisoned for 130 months as to count one.  This term shall run
 7     concurrent with docket number 14-60165-CR-Dimitrouleas in this
 8     district.
 9              Upon release from imprisonment, the Defendant shall
10     be placed on supervised release for a term of five years.
11     Within 72 hours of release, the Defendant shall report in
12     person to the probation office in the district where released.
13              While on supervised release, the Defendant shall
14     comply with the mandatory and standard conditions of supervised
15     release, which include not committing any crimes, being
16     prohibited from possessing a firearm or other dangerous device,
17     not unlawfully possessing a controlled substance, and
18     cooperating in the collection of DNA.
19              The Defendant also shall comply with the following
20     special conditions:  Association restriction, permissible
21     search and unpaid restitution, fines, special assessments as
22     noted in part F of the presentence report.
23              It is further ordered that the Defendant shall pay
24     immediately to the United States a special assessment of $100.
25              The total sentence is, therefore, 130 months
```

1 imprisonment, five years supervised release, and a $100 special
2 assessment.
3         Mr. Gyires, is forfeiture at issue in this case?
4         MR. GYIRES: No, Your Honor.
5         THE COURT: Mr. Roman, now that sentence has been
6 imposed, does the Defendant or his Counsel object to the
7 Court's finding of fact or to the manner in which sentence was
8 pronounced?
9         MR. COHEN: No, Your Honor.
10         THE COURT: You have a right to appeal the sentence
11 imposed. Any notice of appeal must be filed within 14 days
12 after the entry of the judgment.
13         I'll note for the record, I believe there is an
14 appellate waiver in the plea agreement, is that correct?
15         You should know this, Mr. Gyires.
16         MR. GYIRES: Yes, Your Honor.
17         THE COURT: Yes, there it is, paragraph eight. All
18 right.
19         MR. GYIRES: Yes, Your Honor.
20         THE COURT: Okay.
21         Just to recap, you have the right to appeal the
22 sentence imposed. Any notice of appeal must be filed within 14
23 days after the entry of the judgment. If you are unable to pay
24 the cost of an appeal, you may apply for leave to appeal in
25 forma pauperis.

```
 1                  Anything further from probation?
 2                  PROBATION OFFICER:  No, Your Honor.  Thank you.
 3                  THE COURT:  Anything further from you, Mr. Cohen?
 4                  MR. COHEN:  No, Your Honor.
 5                  THE COURT:  All right.  Anything further from the
 6     Government?
 7                  MR. GYIRES:  No, Your Honor, thank you.
 8                  THE COURT:  All right.  May God bless you, sir.  I
 9     hope you take this time to reflect on how you can improve your
10     life and turn things around for the sake of your family and all
11     that you are capable of.
12                  Court is in recess.
13        (Pause in proceedings.)
14                  THE COURT:  There was some paperwork presented to the
15     Court with respect to disbursement of a bail bond, is that
16     correct, Mr. Cohen?
17                  MR. COHEN:  Yes, it is.  It's an assignment of the
18     bond from Ms. Barrett to our trust account.
19                  THE COURT:  Is there any objection to this from the
20     Government?
21                  MR. GYIRES:  No, Your Honor.
22                  THE COURT:  All right.  I will go ahead and execute
23     this.
24                  MR. COHEN:  Thank you, Your Honor.
25                  THE COURT:  Today is the 31st of March, is that
```

```
 1   correct?
 2            MR. COHEN:  Yes, Your Honor.
 3            THE COURT:  Okay.  I will hand those back to the
 4   clerk, so she can provide them to the appropriate parties.
 5            We are in recess.
 6       (PROCEEDINGS ADJOURNED AT 10:27 A.M.)
 7
 8                        C-E-R-T-I-F-I-C-A-T-E
 9            I hereby certify that the foregoing is
10       an accurate transcription and proceedings in the
11       above-entitled matter.
12
13   4/5/2022                      /s/DIANE MILLER
     DATE                          DIANE MILLER, RMR, CRR, CRC
                                   Official Court Reporter
14                                 United States District Court
                                   101 South U.S. Highway 1
15                                 Fort Pierce, FL  34950
                                   772-467-2337
16
```

| | | | | |
|---|---|---|---|---|
| **MR. COHEN: [15]** 2/10 2/12 4/25 5/7 5/22 9/12 9/19 10/11 10/18 10/24 14/9 15/4 15/17 15/24 16/2<br>**MR. GYIRES: [15]** 2/6 3/16 4/1 4/4 4/9 5/2 5/10 6/8 7/11 10/19 14/4 14/16 14/19 15/7 15/21<br>**PROBATION OFFICER: [2]** 2/17 15/2<br>**THE COURT: [38]**<br>**THE COURTROOM DEPUTY: [1]** 2/3<br>**THE DEFENDANT: [5]** 2/22 4/19 4/22 11/12 11/25<br><br>**$**<br>**$10,000,000 [1]** 5/19<br>**$100 [3]** 5/20 13/24 14/1<br>**$25,000 [1]** 5/18<br><br>**/**<br>**/s/DIANE [1]** 16/12<br><br>**1**<br>**100 [1]** 6/11<br>**100 grams [1]** 3/10<br>**101 [1]** 16/14<br>**10:27 [1]** 16/6<br>**110 [1]** 1/19<br>**130 [5]** 5/17 6/9 11/2 13/6 13/25<br>**14 [2]** 14/11 14/22<br>**14-60165-CR-Dimitrouleas [1]** 13/7<br>**162 [1]** 5/17<br>**18 [2]** 3/1 12/20<br>**1st [1]** 3/2<br><br>**2**<br>**20 [1]** 1/8<br>**2021 [1]** 3/2<br>**2022 [2]** 1/6 16/12<br>**21 [4]** 3/11 3/23 3/24 4/15<br>**21-CR-80026-CANNON [2]** 1/3 2/4<br>**226 [1]** 5/6<br>**2337 [2]** 1/25 16/15<br>**27 [2]** 5/15 10/13<br><br>**3**<br>**303 [1]** 1/19<br>**31 [1]** 1/6<br>**31st [1]** 15/25<br>**32 [1]** 11/25<br>**33401 [1]** 1/16<br>**33445 [1]** 1/19<br>**34950 [1]** 16/15<br>**35 [2]** 6/10 6/12<br>**3553 [2]** 3/1 12/21 | **4**<br>**4/5/2022 [1]** 16/12<br>**400 [1]** 1/16<br>**400 grams [1]** 3/10<br>**48 [1]** 11/4<br><br>**5**<br>**5K [1]** 6/13<br><br>**7**<br>**72 [1]** 13/11<br>**772-467-2337 [2]** 1/25 16/15<br><br>**8**<br>**841 [7]** 3/12 3/12 3/12 3/17 3/24 3/25 4/15<br>**846 [1]** 3/12<br><br>**A**<br>**A.M [1]** 16/6<br>**AARON [3]** 1/18 1/18 2/12<br>**Abe [1]** 2/8<br>**able [2]** 8/22 12/25<br>**about [5]** 7/22 7/24 8/2 10/15 12/2<br>**above [2]** 11/7 16/11<br>**above-entitled [1]** 16/11<br>**absent [1]** 6/23<br>**accept [1]** 12/13<br>**account [1]** 15/18<br>**accurate [1]** 16/10<br>**accurately [1]** 4/16<br>**achieve [1]** 2/25<br>**activity [1]** 12/5<br>**actually [5]** 6/17 8/11 8/23 9/5 10/21<br>**additional [1]** 4/20<br>**ADJOURNED [1]** 16/6<br>**adjudicated [1]** 3/8<br>**adopt [2]** 5/13 5/23<br>**adopted [1]** 3/6<br>**adopting [2]** 3/19 4/14<br>**advisory [3]** 5/16 12/19 12/23<br>**after [6]** 8/18 8/20 11/4 11/17 14/12 14/23<br>**afternoon [2]** 2/9 2/11<br>**again [3]** 6/5 10/11 10/24<br>**Agent [1]** 2/7<br>**agents [2]** 7/2 11/3<br>**agreed [2]** 7/19 7/24<br>**agreement [6]** 3/4 3/15 3/22 4/6 9/12 14/14<br>**ahead [1]** 15/22<br>**AILEEN [1]** 1/11<br>**AK [1]** 9/4<br>**AK-style [1]** 9/4<br>**all [18]**<br>**allowed [2]** 7/24 8/14<br>**along [1]** 10/10<br>**also [4]** 6/17 6/21 10/22 13/19<br>**although [1]** 5/19 | **am [1]** 5/4<br>**AMERICA [1]** 1/5<br>**another [1]** 7/16<br>**anticipate [1]** 12/16<br>**anticipated [1]** 6/10<br>**anticipating [1]** 6/12<br>**any [11]** 4/13 4/20 4/21 4/23 5/1 6/23 10/15 13/15 14/11 14/22 15/19<br>**anybody [1]** 7/19<br>**anything [5]** 11/7 11/15 15/1 15/3 15/5<br>**appeal [6]** 14/10 14/11 14/21 14/22 14/24 14/24<br>**appearance [1]** 2/5<br>**APPEARANCES [1]** 1/14<br>**appears [1]** 5/5<br>**appellate [1]** 14/14<br>**apply [1]** 14/24<br>**approached [1]** 7/18<br>**approaching [1]** 7/22<br>**appropriate [5]** 4/7 5/25 6/7 10/8 16/4<br>**are [27]**<br>**area [4]** 8/4 8/5 8/8 10/20<br>**argued [1]** 9/23<br>**arguing [1]** 10/1<br>**argument [4]** 5/24 6/7 9/24 9/25<br>**around [1]** 15/10<br>**arrested [3]** 7/19 9/5 9/6<br>**arrests [1]** 9/8<br>**arrive [1]** 2/24<br>**Aryes [1]** 2/8<br>**as [21]**<br>**ask [3]** 6/13 9/15 10/15<br>**asked [1]** 7/22<br>**asking [1]** 11/1<br>**assessment [4]** 5/20 7/8 13/24 14/2<br>**assessments [1]** 13/21<br>**assigned [1]** 6/18<br>**assignment [1]** 15/17<br>**assistance [2]** 9/22 10/1<br>**Association [1]** 13/20<br>**attorney [4]** 1/15 2/12 4/18 4/21<br>**AUSA [1]** 1/15<br>**Australian [1]** 1/16<br>**Avenue [1]** 1/16<br>**aware [3]** 4/23 6/5 11/5<br>**away [1]** 11/5<br><br>**B**<br>**back [1]** 16/3<br>**bail [1]** 15/15<br>**Barnett [1]** 6/3<br>**Barrett [5]** 6/15 6/15 7/15 9/5 15/18<br>**Barrett's [1]** 9/2<br>**based [1]** 10/2<br>**be [17]**<br>**Beach [5]** 1/16 1/19 8/4 8/5 10/20 | **because [2]** 3/21 8/22<br>**been [7]** 3/7 7/13 7/13 8/21 11/15 13/1 14/5<br>**before [3]** 1/11 3/3 7/18<br>**beginning [2]** 2/5 11/19<br>**behalf [1]** 2/18<br>**being [2]** 8/7 13/15<br>**believe [1]** 14/13<br>**benefit [1]** 9/16<br>**benefits [1]** 13/3<br>**best [1]** 9/23<br>**big [1]** 8/11<br>**bit [2]** 10/8 10/10<br>**bless [1]** 15/8<br>**bond [2]** 15/15 15/18<br>**brought [1]** 7/23<br>**Bureau [1]** 13/5<br><br>**C**<br>**C-E-R-T-I-F-I-C-A-T-E [1]** 16/8<br>**calculations [2]** 5/14 5/24<br>**California [2]** 8/6 8/8<br>**Calling [1]** 2/3<br>**calls [1]** 8/1<br>**came [1]** 8/5<br>**can [6]** 4/2 6/11 7/8 11/18 15/9 16/4<br>**CANNON [3]** 1/3 1/11 2/4<br>**capable [1]** 15/11<br>**Carver [1]** 6/20<br>**case [16]** 1/3 2/3 6/15 6/16 6/17 6/19 6/21 6/21 7/9 7/14 7/21 8/3 8/7 9/2 12/4 14/3<br>**category [1]** 5/16<br>**certainly [1]** 7/12<br>**certainty [1]** 6/12<br>**certify [1]** 16/9<br>**chance [2]** 11/22 11/22<br>**change [1]** 6/4<br>**charged [4]** 7/13 8/7 8/24 9/2<br>**charges [3]** 3/9 8/20 9/7<br>**chased [1]** 11/14<br>**check [1]** 6/3<br>**clear [3]** 3/14 4/12 9/20<br>**clerk [1]** 16/4<br>**client [1]** 11/2<br>**closer [1]** 9/16<br>**Code [4]** 3/1 3/11 4/15 12/21<br>**codefendant [2]** 8/13 8/17<br>**codefendants [1]** 10/20<br>**COHEN [10]** 1/18 1/18 2/13 2/14 4/23 5/4 5/21 9/11 15/3 15/16<br>**collection [1]** 13/18<br>**committed [1]** 13/5<br>**committing [1]** 13/15<br>**communications [1]** 9/1<br>**community [1]** 12/7<br>**complete [2]** 9/12 12/17 | **comply [2]** 13/14 13/19<br>**component [1]** 6/5<br>**comprehensive [1]** 10/2<br>**concurrent [3]** 10/16 10/22 13/7<br>**conditions [2]** 13/14 13/20<br>**conduct [1]** 12/8<br>**confer [1]** 4/2<br>**confusion [2]** 3/21 4/13<br>**consequences [1]** 11/6<br>**consider [1]** 12/16<br>**consideration [1]** 6/24<br>**considered [1]** 12/18<br>**consolidated [1]** 9/24<br>**conspiracy [5]** 3/9 7/14 8/2 9/3 12/10<br>**contained [1]** 5/14<br>**contains [2]** 3/22 12/19<br>**context [1]** 10/8<br>**controlled [2]** 8/12 13/17<br>**convicted [1]** 13/1<br>**cooperate [1]** 7/19<br>**cooperating [3]** 9/3 11/4 13/18<br>**cooperation [12]** 6/1 6/24 7/7 7/10 8/22 9/14 9/22 10/1 10/5 10/10 11/8 12/15<br>**cooperative [1]** 8/21<br>**cooperator [2]** 6/16 6/22<br>**correct [8]** 3/14 4/5 5/4 5/7 5/21 14/14 15/16 16/1<br>**correctly [1]** 6/4<br>**cost [1]** 14/24<br>**could [1]** 11/7<br>**Counsel [2]** 4/2 14/6<br>**count [3]** 3/3 3/8 13/6<br>**country [1]** 8/9<br>**County [3]** 8/4 8/5 10/20<br>**course [2]** 5/14 12/15<br>**court [19]**<br>**Court's [2]** 10/25 14/7<br>**CR [3]** 1/3 2/4 13/7<br>**CRC [1]** 16/13<br>**credit [1]** 6/13<br>**crimes [1]** 13/15<br>**criminal [1]** 5/15<br>**crossed [1]** 11/17<br>**CRR [1]** 16/13<br><br>**D**<br>**dangerous [2]** 12/9 13/16<br>**Daniel [1]** 6/19<br>**DATE [1]** 16/13<br>**day [2]** 11/3 11/8<br>**days [2]** 14/11 14/23<br>**DEA [1]** 2/8<br>**debriefs [1]** 8/1<br>**deemed [1]** 9/23<br>**defendant [25]**<br>**Defendant's [1]** 6/24<br>**defendants [4]** 7/13 7/14 |

**D**
**defendants... [2]** 8/7 10/21
**Defense [1]** 4/2
**degree [1]** 6/11
**Delray [1]** 1/19
**deny [1]** 13/3
**departure [1]** 10/2
**deterrence [1]** 12/24
**device [1]** 13/16
**diane [3]** 1/25 16/12 16/13
**did [5]** 6/2 6/13 7/25 8/11 8/12
**didn't [1]** 11/15
**Dimitrouleas [2]** 7/21 13/7
**disbursement [1]** 15/15
**discretion [1]** 13/3
**discuss [2]** 4/17 4/21
**discussions [3]** 8/19 9/21 10/3
**distribute [2]** 3/10 8/5
**district [7]** 1/1 1/1 1/12 1/24 13/8 13/12 16/14
**DIVISION [1]** 1/2
**DNA [1]** 13/18
**do [5]** 2/21 4/20 8/14 10/9 10/23
**docket [3]** 5/6 6/3 13/7
**does [2]** 11/20 14/6
**don't [4]** 4/6 6/20 10/14 10/24
**done [1]** 11/18
**downward [2]** 10/2 12/5
**Draco [1]** 9/4
**drug [1]** 13/2
**drugs [5]** 8/5 8/5 8/8 8/15 9/8

**E**
**efficient [1]** 10/9
**eight [2]** 7/14 14/17
**end [5]** 6/9 6/23 11/1 12/14 12/22
**enough [1]** 4/17
**enter [1]** 2/5
**entitled [1]** 16/11
**entry [3]** 5/6 14/12 14/23
**error [1]** 3/23
**ESQ [1]** 1/18
**Este [1]** 1/19
**evaluation [1]** 7/8
**even [2]** 8/16 8/20
**everything [4]** 9/13 11/14 11/18 11/20
**example [1]** 8/17
**execute [1]** 15/22
**exercise [1]** 13/3
**expect [1]** 10/3
**explanations [1]** 8/19
**extensive [2]** 6/25 8/1
**extent [1]** 4/13
**extradited [1]** 7/17

**F**
**facing [1]** 11/6
**fact [4]** 3/24 7/22 12/2 14/7
**factors [1]** 12/20
**factual [1]** 3/5
**faded [1]** 11/21
**family [1]** 15/10
**far [2]** 7/6 11/6
**farther [1]** 10/10
**FBI [1]** 2/7
**federal [1]** 13/3
**Fentanyl [1]** 3/10
**file [1]** 6/13
**filed [3]** 6/22 14/11 14/22
**finalized [1]** 6/2
**finding [2]** 12/24 14/7
**finds [1]** 13/1
**fine [3]** 5/18 5/19 12/25
**fines [1]** 13/21
**firearm [2]** 9/4 13/16
**five [4]** 4/10 5/18 13/10 14/1
**five-year [1]** 4/10
**FL [1]** 16/15
**FLORIDA [4]** 1/1 1/7 1/16 1/19
**flsd.uscourts.gov [1]** 1/25
**following [1]** 13/19
**foregoing [1]** 16/9
**forfeiture [1]** 14/3
**forma [1]** 14/25
**formed [1]** 12/2
**FORT [3]** 1/2 1/7 16/15
**forth [2]** 3/1 12/20
**forward [1]** 12/4
**four [1]** 8/6
**Frances [1]** 2/17
**fraud [1]** 6/19
**front [1]** 4/6
**fugitive [1]** 7/15
**full [1]** 5/14
**fully [3]** 10/3 11/5 12/16
**further [4]** 13/23 15/1 15/3 15/5
**future [2]** 7/7 10/12

**G**
**gave [1]** 8/10
**get [2]** 8/22 9/15
**give [2]** 7/5 11/21
**go [1]** 15/22
**God [1]** 15/8
**going [7]** 4/12 6/10 8/23 9/15 9/23 9/25 10/15
**gone [1]** 11/6
**good [9]** 2/2 2/6 2/9 2/10 2/11 2/12 2/14 2/14 2/17
**got [2]** 11/3 11/4
**GOVERNMENT [13]** 1/15 2/5 5/1 6/7 8/15 9/4 9/13 9/21 10/3 10/6 11/2 15/6 15/20
**gradually [1]** 11/21

**grams [2]** 3/10 3/10
**greater [1]** 2/25
**Gregory [1]** 2/7
**guaranties [1]** 10/4
**guideline [4]** 5/16 11/1 12/14 12/23
**guidelines [2]** 6/9 12/20
**guilty [4]** 3/3 3/7 3/8 4/14
**GYIRES [6]** 1/15 2/6 3/13 5/9 14/3 14/15

**H**
**had [5]** 4/17 8/17 9/8 9/21 12/6
**halfway [2]** 10/21 12/3
**hand [1]** 16/3
**happen [2]** 6/10 10/12
**happened [2]** 9/9 12/6
**has [9]** 8/21 9/13 11/2 11/6 11/15 11/20 12/18 13/1 14/5
**have [19]**
**haven't [1]** 6/22
**he [16]** 3/23 3/24 7/19 7/20 8/10 8/12 8/17 8/19 8/23 9/2 9/3 9/5 11/3 11/4 11/4 11/6
**hear [3]** 5/24 6/6 9/11
**hearing [3]** 1/10 2/20 2/24
**help [1]** 8/4
**helpful [1]** 8/21
**Henne [2]** 8/13 8/13
**here [9]** 2/16 2/19 7/2 7/4 8/4 8/9 8/23 11/16 11/21
**hereby [1]** 16/9
**heroin [1]** 3/11
**highly [1]** 12/9
**Highway [1]** 16/14
**him [3]** 7/22 7/23 7/24
**his [5]** 8/4 8/18 8/20 8/22 14/6
**history [2]** 5/16 8/2
**Hoffman [1]** 2/7
**hold [1]** 3/17
**holistically [1]** 10/10
**Honor [29]**
**HONORABLE [1]** 1/11
**hope [2]** 11/19 15/9
**hopeful [2]** 10/5 10/11
**hours [2]** 11/4 13/11
**house [4]** 9/6 9/8 10/21 12/3
**how [4]** 7/9 9/22 11/24 15/9

**I**
**I'll [1]** 14/13
**I'm [8]** 4/12 6/5 9/7 9/15 10/13 11/21 11/25 12/15
**imagined [1]** 11/7
**immediately [1]** 13/24
**important [1]** 12/12
**impose [1]** 12/13
**imposed [4]** 12/22 14/6

14/11 14/22
**imposition [1]** 4/24
**imprisoned [1]** 13/6
**imprisonment [3]** 5/17 13/9 14/1
**improve [1]** 15/9
**improving [1]** 12/4
**include [1]** 13/15
**including [2]** 5/14 8/9
**inconsiderate [1]** 11/13
**indictment [5]** 3/3 3/8 7/15 7/16 8/25
**initial [1]** 10/16
**intent [1]** 3/9
**investigation [4]** 4/18 5/5 5/13 8/18
**involved [2]** 6/16 6/21
**irresponsible [1]** 11/13
**is [60]**
**issue [1]** 14/3
**it [25]**
**it's [5]** 6/15 6/18 9/4 12/1 15/17
**its [1]** 13/3

**J**
**Johnny [2]** 8/13 8/13
**judge [8]** 1/12 3/4 7/20 7/21 7/24 9/20 10/24 11/8
**judgment [3]** 13/4 14/12 14/23
**just [9]** 3/14 3/20 7/2 7/13 9/15 9/20 10/8 10/18 14/21
**justice [1]** 6/19

**K**
**know [9]** 2/20 2/23 7/6 10/4 10/13 10/14 11/5 11/21 14/15
**known [1]** 5/1

**L**
**last [2]** 6/15 11/18
**later [1]** 8/24
**lead [2]** 6/20 10/4
**leave [1]** 14/24
**led [2]** 11/13 12/4
**lengthy [1]** 12/11
**leniency [1]** 7/5
**let [3]** 6/6 9/11 9/23
**level [1]** 5/15
**life [3]** 11/16 12/4 15/10
**lifestyle [1]** 11/14
**light [1]** 3/14
**like [4]** 6/4 9/4 9/20 11/17
**likely [1]** 7/7
**limit [1]** 9/25
**line [1]** 11/17
**little [3]** 8/16 9/16 10/8
**local [1]** 10/20
**long [1]** 11/14
**looking [1]** 12/3
**looks [1]** 6/4
**lot [1]** 8/10

**low [5]** 6/9 6/23 11/1 12/14 12/22

**M**
**ma'am [4]** 4/19 11/12 11/23 11/25
**Magistrate [1]** 3/4
**main [1]** 6/18
**make [6]** 3/14 3/21 4/12 9/20 10/18 11/10
**mandatory [3]** 4/10 4/10 13/14
**manner [1]** 14/7
**MARCH [2]** 1/6 15/25
**MARTIN [1]** 1/15
**Marton [1]** 2/6
**matter [5]** 4/21 6/3 7/6 11/20 16/11
**matters [4]** 6/6 7/1 10/10 12/17
**may [5]** 2/2 7/11 11/10 14/24 15/8
**me [9]** 4/6 6/6 7/2 7/3 9/11 11/4 11/18 11/20 12/1
**mean [1]** 11/15
**meetings [2]** 7/25 8/1
**mention [1]** 7/3
**mentioned [1]** 6/14
**met [1]** 10/21
**Mexican [2]** 8/14 8/24
**Mexico [1]** 8/6
**microphone [1]** 9/16
**might [1]** 6/19
**miller [3]** 1/25 16/12 16/13
**mindful [1]** 12/15
**minimum [2]** 4/10 4/11
**mistakes [1]** 11/17
**months [6]** 5/17 6/9 10/14 11/2 13/6 13/25
**more [5]** 3/10 3/10 10/7 10/8 10/9
**morning [9]** 2/2 2/6 2/10 2/11 2/12 2/13 2/14 2/15 2/17
**most [1]** 7/7
**motion [1]** 6/22
**motions [1]** 9/24
**Mr [7]** 2/14 4/23 5/4 5/21 9/11 15/3 15/16
**Mr. [21]**
**Mr. Barrett [1]** 7/15
**Mr. Barrett's [1]** 9/2
**Mr. Gyires [4]** 3/13 5/9 14/3 14/15
**Mr. Roman [13]** 2/15 2/21 4/17 7/18 7/22 8/3 8/10 8/19 9/3 10/13 11/5 11/10 14/5
**Mr. Roman's [1]** 7/9
**Mr. Santiago [1]** 8/17
**Ms. [1]** 15/18
**Ms. Barrett [1]** 15/18
**much [1]** 10/25
**multi [1]** 6/17

**M**

**multi-defendant [1]** 6/17
**must [2]** 14/11 14/22
**my [4]** 2/8 9/25 11/2 11/15
**myself [1]** 11/21

**N**

**name [2]** 2/21 6/15
**necessarily [1]** 10/1
**necessary [1]** 2/25
**need [1]** 4/20
**never [1]** 6/11
**next [1]** 7/2
**nine [1]** 7/16
**no [17]**
**not [15]** 2/11 2/24 6/2 6/13 7/12 7/12 7/23 9/7 9/25 11/11 12/6 12/25 13/3 13/15 13/17
**note [1]** 14/13
**noted [1]** 13/22
**notice [2]** 14/11 14/22
**notified [2]** 7/20 7/21
**now [3]** 6/14 6/22 14/5
**number [3]** 2/3 6/21 13/7
**numerous [1]** 7/25

**O**

**object [1]** 14/6
**objection [1]** 15/19
**objections [4]** 5/4 5/12 8/17 8/20
**Obviously [1]** 6/11
**October [1]** 3/2
**offense [2]** 5/15 13/2
**office [2]** 1/15 13/12
**Official [2]** 1/24 16/13
**Okay [6]** 5/3 5/11 9/10 9/11 14/20 16/3
**old [1]** 11/24
**one [13]** 3/3 3/8 3/22 4/5 6/15 7/15 8/11 9/24 11/3 11/8 11/18 12/10 13/6
**ongoing [3]** 6/1 6/25 12/15
**only [1]** 7/4
**opportunity [1]** 12/16
**order [3]** 3/19 4/13 8/14
**ordered [1]** 13/23
**originally [1]** 8/6
**other [9]** 4/9 6/2 6/14 6/25 8/16 9/6 9/8 10/19 13/16
**our [6]** 6/23 9/16 10/2 10/25 11/8 15/18
**out [2]** 7/19 7/24
**over [1]** 11/3

**P**

**P-R-O-C-E-E-D-I-N-G-S [1]** 2/1
**P.A [1]** 1/18
**PAGES [1]** 1/8

**paid [1]** 8/15
**Palm [4]** 1/16 8/4 8/5 10/20
**paperwork [1]** 15/14
**paragraph [3]** 3/22 4/5 14/17
**part [1]** 13/22
**participating [1]** 12/11
**parties [3]** 2/4 12/19 16/4
**parties' [1]** 12/13
**path [1]** 12/5
**pauperis [1]** 14/25
**Pause [1]** 15/13
**pay [3]** 12/25 13/23 14/23
**people [1]** 9/6
**per [1]** 11/21
**percent [1]** 6/11
**perhaps [1]** 6/4
**period [1]** 12/11
**permissible [1]** 13/20
**permission [1]** 7/23
**person [1]** 13/12
**phone [1]** 8/1
**phonetic [1]** 8/13
**PIERCE [3]** 1/2 1/7 16/15
**placed [1]** 13/10
**Plaintiff [1]** 1/6
**plea [7]** 3/4 3/7 3/15 3/22 4/6 6/5 14/14
**please [2]** 2/5 9/11
**pled [4]** 3/3 3/23 3/24 4/14
**point [1]** 6/8
**position [2]** 10/25 11/8
**possess [1]** 3/9
**possessing [2]** 13/16 13/17
**possession [1]** 13/2
**potential [2]** 3/15 6/25
**preclude [1]** 4/24
**presented [1]** 15/14
**presentence [6]** 4/18 5/5 5/13 8/18 12/19 13/22
**Prisons [1]** 13/5
**probably [2]** 6/10 7/17
**probation [5]** 2/16 2/18 10/14 13/12 15/1
**proceed [2]** 5/24 10/6
**proceeded [2]** 7/9 7/12
**proceedings [4]** 6/2 15/13 16/6 16/10
**proffer [1]** 3/5
**prohibited [1]** 13/16
**promise [1]** 6/11
**promises [1]** 10/4
**pronounce [1]** 2/21
**pronounced [1]** 14/8
**provide [2]** 12/23 16/4
**provision [1]** 4/8
**provisions [1]** 3/13
**PSR [6]** 3/18 3/21 4/16 5/15 8/11 10/17
**pulled [1]** 11/3

**punishment [1]** 12/24
**purchase [1]** 8/12
**purchased [1]** 8/15
**purpose [1]** 2/23
**purposes [1]** 2/25
**pursuant [1]** 3/4
**put [1]** 8/23

**Q**

**quite [1]** 12/1

**R**

**range [5]** 5/16 5/17 5/18 12/14 12/23
**rather [1]** 12/11
**reading [2]** 3/18 3/19
**real [1]** 11/22
**realize [1]** 11/20
**realized [1]** 11/16
**really [2]** 11/6 11/14
**reason [5]** 3/20 4/23 5/1 6/13 7/4
**reasonable [1]** 2/24
**recall [1]** 10/23
**recap [1]** 14/21
**received [1]** 10/22
**recess [2]** 15/12 16/5
**recommend [1]** 5/19
**recommendation [4]** 3/7 3/20 6/23 12/13
**recommended [1]** 5/17
**recommending [2]** 4/14 6/9
**record [3]** 3/2 4/13 14/13
**recorded [2]** 8/1 8/1
**recordings [1]** 8/23
**reflect [1]** 15/9
**reflected [1]** 4/16
**reflects [2]** 3/2 3/23
**regarding [1]** 9/22
**regrettable [1]** 12/6
**Reinhart [1]** 3/4
**related [1]** 9/13
**relationships [1]** 12/2
**release [8]** 5/18 7/20 13/9 13/10 13/11 13/13 13/15 14/1
**released [1]** 13/12
**repetitive [1]** 11/15
**report [10]** 3/6 3/20 4/14 4/18 5/5 5/13 8/18 12/19 13/11 13/22
**reporter [3]** 1/24 9/17 16/13
**required [1]** 11/11
**rescheduled [1]** 6/5
**respect [1]** 15/15
**restitution [1]** 13/21
**restriction [1]** 13/20
**result [1]** 10/14
**right [14]** 2/8 2/19 5/8 5/11 5/23 11/5 11/10 12/17 14/10 14/18 14/21 15/5 15/8 15/22
**RMR [1]** 16/13

**robustly [1]** 7/12
**role [1]** 8/4
**ROMAN [20]**
**Roman's [1]** 7/9
**Romon [1]** 2/21
**Rule [2]** 6/10 6/12
**run [2]** 10/16 13/6

**S**

**sad [2]** 12/1 12/5
**said [2]** 9/13 12/8
**sake [1]** 15/10
**same [1]** 12/5
**Santiago [1]** 8/17
**say [1]** 6/3
**scrivener's [1]** 3/22
**se [1]** 11/21
**sealed [2]** 7/16 8/25
**search [1]** 13/21
**seated [1]** 2/2
**second [3]** 11/22 11/22 13/2
**Section [4]** 3/1 3/11 4/15 12/21
**see [1]** 11/19
**seeing [1]** 5/12
**sentence [13]** 2/24 4/24 5/25 6/7 10/16 10/16 12/14 12/22 13/25 14/5 14/7 14/10 14/22
**sentenced [1]** 10/13
**sentencing [3]** 1/10 2/19 2/25
**sequence [1]** 10/8
**serious [2]** 12/8 12/10
**set [2]** 3/1 12/20
**sets [1]** 5/15
**shall [6]** 13/6 13/9 13/11 13/13 13/19 13/23
**share [1]** 7/8
**she [1]** 16/4
**shipped [1]** 8/8
**shipping [1]** 8/8
**short [1]** 7/11
**should [4]** 3/16 4/5 12/3 14/15
**show [1]** 7/2
**significant [4]** 9/14 10/5 11/5 12/10
**sir [3]** 2/23 11/24 15/8
**situation [1]** 11/16
**six [1]** 5/16
**so [19]**
**sold [1]** 9/3
**some [5]** 6/1 6/2 8/17 10/12 15/14
**source [2]** 8/14 8/24
**South [1]** 16/14
**SOUTHERN [1]** 1/1
**special [5]** 5/19 13/20 13/21 13/24 14/1
**stand [1]** 6/6
**standard [1]** 13/14
**state [1]** 9/6
**stated [1]** 6/4
**statement [1]** 11/11

**statements [1]** 12/18
**states [12]** 1/1 1/5 1/12 1/24 2/7 3/1 3/11 3/21 4/15 12/21 13/24 16/14
**status [1]** 9/7
**statutory [2]** 3/13 12/20
**still [1]** 6/2
**style [1]** 9/4
**subsequent [2]** 9/23 13/2
**substance [1]** 13/17
**substances [1]** 12/9
**substantial [3]** 9/14 9/22 10/1
**such [1]** 5/1
**sufficient [1]** 12/24
**Suite [1]** 1/19
**supervised [6]** 5/18 7/20 13/10 13/13 13/14 14/1
**support [2]** 7/3 7/4
**sure [6]** 3/14 3/21 9/7 9/19 10/13 10/18

**T**

**take [1]** 15/9
**taken [1]** 7/7
**taking [1]** 6/6
**talked [1]** 10/15
**targets [1]** 7/25
**ten [2]** 4/9 7/13
**ten-year [1]** 4/9
**term [2]** 13/6 13/10
**terms [1]** 11/7
**testify [1]** 8/19
**than [1]** 2/25
**thank [7]** 9/10 9/18 10/23 11/9 15/2 15/7 15/24
**that [58]**
**that's [10]** 5/7 6/18 6/22 7/4 10/7 10/17 10/25 11/8 11/23 12/3
**them [1]** 16/4
**then [7]** 5/12 5/23 7/15 8/6 8/8 8/14 8/18
**there [23]**
**thereafter [1]** 3/6
**therefore [1]** 13/25
**therein [1]** 5/14
**these [1]** 6/25
**they [6]** 6/6 7/3 7/4 7/4 10/21 10/22
**things [3]** 8/12 8/16 15/10
**think [8]** 6/18 6/20 10/7 10/9 10/17 11/3 12/2 12/8
**this [26]**
**those [6]** 3/13 5/24 8/15 8/25 12/16 16/3
**three [2]** 9/6 10/19
**through [2]** 5/18 10/21
**throughout [2]** 8/8 11/15
**time [10]** 4/17 4/20 10/12 10/22 10/25 11/14

**T**

**time... [4]** 12/3 12/12 12/17 15/9
**Title [3]** 3/1 3/11 12/20
**today [7]** 4/24 6/6 6/14 9/25 10/25 11/2 15/25
**today's [1]** 2/23
**too [1]** 10/25
**total [2]** 5/15 13/25
**touch [2]** 8/24 11/4
**toxic [1]** 12/9
**TRANSCRIPT [1]** 1/10
**transcription [1]** 16/10
**trust [1]** 15/18
**turn [1]** 15/10
**TYLER [4]** 1/7 2/4 2/13 13/5
**type [1]** 10/5
**typo [1]** 3/15

**U**

**U.S [3]** 1/15 2/18 16/14
**U.S.C [2]** 3/23 3/25
**unable [1]** 14/23
**understand [2]** 6/1 10/7
**understanding [2]** 5/8 12/14
**undisputed [1]** 12/9
**UNITED [10]** 1/1 1/5 1/12 2/7 3/1 3/11 4/15 12/21 13/24 16/14
**Unites [1]** 1/24
**unlawfully [1]** 13/17
**unpaid [1]** 13/21
**up [2]** 7/7 10/24
**Upon [1]** 13/9
**us [1]** 8/14
**USA [1]** 2/4
**use [1]** 10/24

**V**

**versus [1]** 2/4
**very [6]** 4/12 6/24 12/5 12/8 12/10 12/15
**VI [1]** 3/12
**view [1]** 10/9
**violation [6]** 3/11 3/23 3/24 4/15 7/23 10/14
**Vista [1]** 1/19
**vs [1]** 1/6

**W**

**waiver [1]** 14/14
**want [3]** 3/14 6/3 10/24
**wanted [4]** 3/20 7/3 10/8 10/18
**was [26]**
**Washington [1]** 6/18
**wasn't [1]** 9/2
**way [3]** 12/1 12/12 12/17
**we [22]**
**weapon [1]** 9/4
**Weisberg [1]** 2/18
**well [4]** 5/12 8/15 9/1 9/7

**were [7]** 8/7 8/22 9/6 9/8 10/15 10/19 12/11
**West [1]** 1/16
**what [4]** 8/23 9/7 9/20 10/3
**whatever [1]** 7/5
**WhatsApp [1]** 8/25
**when [8]** 3/24 9/5 9/5 10/4 10/10 12/1 12/3 12/17
**where [4]** 7/16 7/25 8/6 13/12
**which [9]** 3/8 5/5 6/24 8/13 12/8 12/11 12/19 13/15 14/7
**while [2]** 9/2 13/13
**who [6]** 2/16 7/13 7/21 8/8 8/24 10/20
**whole [1]** 11/16
**why [2]** 3/20 6/22
**will [14]** 2/4 5/13 5/23 7/7 7/17 10/6 10/12 11/12 12/13 12/22 12/23 13/2 15/22 16/3
**willing [1]** 7/5
**wish [2]** 11/11 12/6
**withdrew [1]** 8/20
**within [5]** 11/3 12/22 13/11 14/11 14/22
**without [1]** 7/9
**witness [2]** 6/25 9/3
**words [1]** 4/9
**worked [1]** 11/2
**would [5]** 4/10 7/9 8/19 9/20 10/9
**written [1]** 3/4
**wrong [1]** 6/19

**Y**

**year [3]** 4/9 4/10 7/25
**years [3]** 5/18 13/10 14/1
**yes [17]**
**yielding [1]** 5/16
**you [43]**
**your [38]**