UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs<br><br><br>Defendant.<br>TYLER ROMAN | Case No. 9:21-cr-80026-AMC-4<br><br><br>**ASSIGNMENT OF BAIL BOND** |

I, BRIGID M. BARRETT, Cash Bond Depositor in the above numbered
(Complete name as appeared on original bond)
and styled cause, do hereby assign, transfer and authorize my case bond refund in the amount of
TWENTY FIVE THOUSAND DOLLARS plus accrued interest to be made payable to
Law Office of Aaron M. Cohen PA IOLTA whose mailing address is
(Complete name of assignee)
110 VIA D'ESTE, 303, DELRAY BEACH, FLORIDA 33445
(Street Address, City, State, and Zip)
upon final disposition of the above numbered and styled cause.

The undersigned Cash Bond Depositor understands that once this document is signed, all rights, claims, and interest of ownership are immediately transferred to the above assignee.

(The above assignee must complete an Internal Revenue Service Form W-9 or if the assignee is a nonresident alien individual, the assignee must complete a Form W-8, either of which may be obtained from the Clerk's Office Financial Section or Internet. The completed W-8 or W-9 form should be provided to the Financial Section, but not filed in the Court file. Upon final disposition of the above numbered and styled cause, a Motion for Disbursement of Bond, along with a signed copy of this form must be filed with the Court. A check will be mailed to the address indicated on the completed form, unless directed in writing otherwise.)

*/s/ Brigid Barrett*
(Signature of Cash Bond Depositor)

APRIL ~~13TH~~ 19TH, 2022
(Date)

The foregoing instrument was acknowledged before me this 19Th day of April, 2022, by Brigid Barrett (Complete name as appeared on original bond), who personally appeared before me and who is personally known to me or has produced FL Drivers License as identification.

JEAN EDOUARD
NOTARY PUBLIC - STATE OF FLORIDA
NO. HH 222769
My Comm. Expires 8/30/2024

NOTARY PUBLIC, STATE OF FLORIDA
Print Name: Jean Edouard
My Commission Expires: 08/30/2024