UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-80026-AMC

UNITED STATES OF AMERICA,

v.

TYLER ROMAN,

    Defendant.
_____/

**NOTICE OF LIMITED APPEARANCE**

COMES NOW, RICHARD F. DELLA FERA, attorney, and hereby notifies this Court of his limited appearance as counsel for the Defendant, TYLER ROMAN, in the above-styled case and states as follows:

1. Undersigned counsel was appointed to represent Defendant as a material witness under the Criminal Justice Act by the Honorable William Matthewman, United States Magistrate Judge, in Case No. 22-MJ-08008 after Defendant expressed his willingness to cooperate with the Government in the case of United States v. Carver, Case No. 22-CR-80022.

2. Defendant's cooperation in the Carver case is part of the basis of the Government's Rule 35 motion in this case.

3. As undersigned counsel intends to address the Court at the Rule 35 hearing set for April 2, 2024 concerning Defendant's cooperation in the Carver case, counsel files this notice of limited appearance in this case for that purpose.

                                                                   Respectfully submitted,

                                                                   RICHARD F. DELLA FERA, P.A.
                                                                   500 East Broward Blvd., Suite 1710
                                                                   Fort Lauderdale, FL 33394
                                                                   Telephone:   (954) 848-2872
                                                                   Facsimile:    (954) 848-2873

        Email: rdf@rdfattorney.com
           admin@rdfattorney.com

By:  */s/ Richard F. Della Fera*
   RICHARD F. DELLA FERA
   Fla. Bar No. 66710

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 28, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which generates a Notice of Electronic Filing to all counsel of record.

                                                               By:   */s/ Richard F. Della Fera*
                                                                                   RICHARD F. DELLA FERA